UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

LINDA L. SCHULTZ,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Commissioner of Social Security,

    Defendant.

No. CV-14-00054-JPH

JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**. The Commissioner is directed to make an immediate award of benefits.

Defendant's Motion for Summary Judgment is **DENIED**. Judgment is entered for Plaintiff.

DATED: December 23, 2014

                        SEAN F. McAVOY
                        Clerk of Court

                        By:  *s/Melissa Orosco*
                             Deputy Clerk